Lisa Charbonneau
Case No. 26-10739

IRS
P.O. Box 149338 Street 5501
Austin, TX  78714-9338

Loan Care
P.O. Box 8068
Virginia Beach, VA  19464-2013

Peco
201 Market Street
Philadelphia, PA  19103

Edfinancial Services
P.O. Box 36008
Knoxville, TN  37930-6008

Pottsgrove Township
1963 E. High Street
Pottstown, PA  19464

Capital One Auto
P.O. Box 60511
City of Industry, CA  91716

Truist Bank
2900 N. Charlotte Street
Gilbertsville, PA  19525

LEGAL\113639676\1