Lisa Charbonneau
889 Crest View Lane
Pottstown, PA  19464

March 10, 2026

VIA FEDERAL EXPRESS


Clerk
United States Bankruptcy Court
Eastern District of Pennsylvania
201 Penn Street
Suite 103
Reading, PA  19601

Re:     Lisa Charbonneau
        Case #:  26-10739-amc

Dear Sir/Madam:

I am writing to respectfully request an extension of the deadline that my paperwork is due.

I understand the importance of adhering to court deadlines. However, I am currently experiencing unforeseen circumstances that have made it impossible for me to complete the necessary tasks by the original deadline.

I have already taken steps to mitigate the situation and have made significant progress towards completing the required work. I am confident that I can complete the task within a reasonable timeframe.

Thank you.

Sincerely,

*Lisa Charbonneau*

Lisa Charbonneau