*Form OL243* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Lisa Charbonneau | ) | Case No. 26–10739–amc |
| | ) | |
| | ) | |
|    Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## <u>ORDER</u>

**AND NOW**, upon consideration of the Debtor(s)' Motion for Extension of Time to File the required

documents, it is hereby

**ORDERED** that the motion is **GRANTED** and the debtor(s) may file their documents on or before

 March 24, 2026 .

Date:   March 12, 2026

_____
Ashely M. Chan
Chief Judge, United States Bankruptcy Court