*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Lisa Charbonneau | ) | Case No. 26–10739–amc |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated March 12, 2026, this case is hereby DISMISSED.

**Date: April 10, 2026**

_____
Ashely M. Chan
Chief Judge, United States Bankruptcy Court

Missing Documents:
Certificate of Credit Counseling
Matrix
Ch. 13 Statement of your current monthly income and Calculation of commitment period form 122C–1
Means Test Calculation form 122C–2
Ch. 13 Plan
Schedules AB–J
Statement of financial affairs
Summary of assets and liabilities