United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                   Case No. 26-10739-amc

Lisa Charbonneau                                                                          Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 10, 2026 | Form ID: pdf900 | Total Noticed: 17 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa Charbonneau, 889 Crest View Ln, Pottstown, PA 19464-2013 |
| 15110160 | + | Lakeview Loan Servicing, LLC, c/o Matthew Fissel, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15110764 | + | Peco, 201 Market Street, Philadelphia, PA 19106-4502 |
| 15110766 | + | Pottsgrove Township, 1963 E. High Street, Pottstown, PA 19464-3206 |
| 15110768 | + | Truist Bank, 2900 N. Charlotte Street, Gilbertsville, PA 19525-9709 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 11 2026 00:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 11 2026 00:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 11 2026 00:44:22 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15110767 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 11 2026 00:44:13 | Capital One Auto, P.O. Box 60511, City of Industry, CA 91716-0511 |
| 15109361 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 11 2026 00:44:23 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15110765 | | Email/Text: EBN@edfinancial.com | Apr 11 2026 00:32:00 | Edfinancial Services, P.O. Box 36008, Knoxville, TN 37930-6008 |
| 15110762 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 11 2026 00:32:00 | IRS, P.O. Box 149338 Street 5501, Austin, TX 78714-9338 |
| 15109900 | ^ | MEBN | Apr 11 2026 00:28:53 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15110763 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 11 2026 00:32:00 | Loan Care, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 15120165 | | Email/Text: bnc-quantum@quantum3group.com | Apr 11 2026 00:32:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15124778 | + | Email/Text: bankruptcy@bbandt.com | Apr 11 2026 00:32:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 15107471 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 11 2026 00:43:28 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |

District/off: 0313-2        User: admin        Page 2 of 2

Date Rcvd: Apr 10, 2026        Form ID: pdf900        Total Noticed: 17

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2026        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                  )
     Lisa Charbonneau         )           Case No. 26–10739–amc
                 )
                 )
     Debtor(s).              )           Chapter: 13
                 )
                 )

## ORDER

       AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated March 12, 2026, this case is hereby DISMISSED.

**Date: April 10, 2026**

_____

Ashely M. Chan
Chief Judge, United States Bankruptcy Court

Missing Documents:
Certificate of Credit Counseling
Matrix
Ch. 13 Statement of your current monthly income and Calculation of commitment period form 122C–1
Means Test Calculation form 122C–2
Ch. 13 Plan
Schedules AB–J
Statement of financial affairs
Summary of assets and liabilities